# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1226

_____

| | | |
|---|---|---|
| Pete Wright, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Michael Groose, Assistant Director, | * | Eastern District of Missouri. |
| Department of Corrections; Douglas | * | |
| Prudden, Superintendent I of NECC; | * | [UNPUBLISHED] |
| Joyce Stout, CCW; S. Johnson, COI; | * | |
| Chantay Burks, CST Housing Unit 7; | * | |
| S. Anderson, COI; C. Hartigen, COI; | * | |
| Jim Underwood, CST Officer; Lisa | * | |
| Harris, Functional Unit Manager | * | |
| Housing Unit 1; Joseph B. Tiffany, | * | |
| Functional Unit Manager House Unit 7; | * | |
| Roger Rutledge, Caseworker Housing | * | |
| Unit 6; Unknown Dedrick, COII; | * | |
| Stephen L. Slawson, COIII; Carl | * | |
| Sampson, Caseworker, Housing Unit 7; | * | |
| Rodney Kueffer, Inmate Finance | * | |
| Officer, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 3, 2001
Filed: October 9, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Missouri prisoner Pete Wright appeals from the district court's[1] adverse disposition of his 42 U.S.C. § 1983 action against various prison officials. Having thoroughly reviewed the record, we conclude that the district court properly disposed of Wright's claims.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.